1  HASSARD BONNINGTON LLP
   THOMAS M. FRIEDER, ESQ., State Bar No. 95411
2  Two Embarcadero Center, Suite 1800
   San Francisco, California 94111-3941
3  Telephone: (415) 288-9800
   Fax: (415) 288-9801
4  Email: tmf@hassard.com

5  Attorneys for Defendant
   INTEGRA LIFESCIENCES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM ESTHEIMER and KRISTEN ESTHEIMER,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEGRA NEUROSCIENCES, INC., a corporation, INTEGRA LIFESCIENCES, INC., a corporation, SHELHIGH, INC., a California corporation, SHLOMO GABBAY, M.D., an individual, and DOES ONE through TEN, inclusive,<br><br>Defendants. | No. CV08-3164-EMC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR DEFENDANT INTEGRA LIFESCIENCES CORPORATION (ALSO IDENTIFIED IMPROPERLY IN PLAINTIFFS' COMPLAINT AS "INTEGRA NEUROSCIENCES, INC.") PURSUANT TO CIVIL L.R. 3-16** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.   Integra LifeSciences Holding Corporation is the parent company of Integra LifeSciences Corporation.

2. Chubb Group of Insurance Companies may have a financial interest in the subject matter in controversy as a liability insurer.

3. Evanston Insurance Company may have a financial interest in the subject matter in controversy as a liability insurer.

DATED: July 28, 2008                    Respectfully submitted,

                                        HASSARD BONNINGTON LLP


                                        By /s/ Thomas M. Frieder
                                            Thomas M Frieder
                                            Attorneys for Defendant
                                            INTEGRA LIFESCIENCES
                                            CORPORATION

-2-

Case No. CV08-3164-EMC
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS ....
P:\Wdocs\HBMAIN\02608\00005\00315945.DOC-72808

# PROOF OF SERVICE

Case Name: William Estheimer and Kristen Estheimer vs. Integra NeuroSciences, Inc. et al.

Court: United States District Court
Northern District of California
San Francisco Division

Case No.: CV08-3164-EMC

1. At the time of service I was over 18 years of age and not a party to this action.

2. My business address is Two Embarcadero Center, Suite 1800, San Francisco, CA 94111.

3. On **July 28, 2008,** I served the following documents:

   **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR DEFENDANT INTEGRA LIFESCIENCES CORPORATION (ALSO IDENTIFIED IMPROPERLY IN PLAINTIFFS' COMPLAINT AS "INTEGRA NEUROSCIENCES, INC.") PURSUANT TO CIVIL L.R. 3-16**

4. I served the documents on the persons below as follows:

Nancy Hersh, Esq.
Hersh and Hersh
601 Van Ness Avenue
Suite 2080 San Francisco, CA 94102-6396
Telephone: 415.441.5544
Facsimile: 415.441.7586

5. The documents were served by the following means (specify):

   ___ By personal service. I personally delivered the documents to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening. The time of service was _____.

   X   By United States mail. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

    \_\_\_\_    By overnight delivery. I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

    \_\_\_\_    By messenger service. I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service. (A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)

    \_\_\_\_    By fax transmission.  I faxed the documents to the persons at the fax numbers listed in item 4. No error was reported by the fax machine that I used.

    \_\_\_\_    By e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:   **July 28, 2008**

*/s/ Esther Hom*
Esther Hom

---

Case No. CV08-3164-EMC
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS ....
P:\Wdocs\HBMAIN\02608\00005\00315945.DOC-72808