HASSARD BONNINGTON LLP
THOMAS M. FRIEDER, ESQ. State Bar No. 95411
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111-3941
Telephone:  (415) 288-9800
Fax:  (415) 288-9801
Email:  tmf@hassard.com

Attorneys for Defendant
INTEGRA LIFESCIENCES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM ESTHEIMER and KRISTEN
ESTHEIMER

    Plaintiff(s),

  v.

INTEGRA NEUROSCIENCES, INC., a
corporation, et al.,

    Defendant(s).
_____/

No. C  V08-3164-EMC

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.

Dated: __July 30, 2008__

Signature /s/ Thomas M. Frieder

Counsel for __Defendant INTEGRA LIFESCIENCES__
(Plaintiff, Defendant, or indicate "pro se")
        CORPORATION