

```
FILED
08 AUG -8 PM 3:43
```
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  ULMER & BERNE LLP
   PAUL J. (P.J.) COSGROVE, ESQ.,
2  Ohio State Bar No. 73160 *(pro hac vice)*
   600 Vine Street, Suite 2800
3  Cincinnati, OH  45202-2409
4  E-Mail: pcosgrove@ulmer.com

5  Telephone: (513) 698-5000
   Fax: (513) 698-5001
6
   Attorney for Defendant
7  INTEGRA NEUROSCIENCES, INC.

8

9              UNITED STATES DISTRICT COURT
10         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                   SAN FRANCISCO DIVISION

12
   WILLIAM ESTHEIMER and KRISTEN           Case No. CV08-3164-PJH
13 ESTHEIMER,

14                Plaintiffs,

15 vs.
                                           APPLICATION FOR ADMISSION
16 INTEGRA NEUROSCIENCES, INC., a          OF ATTORNEY *PRO HAC* VICE
   corporation; INTEGRA LIFESCIENCES,
17 INC., a corporation; SHELHIGH, INC., a
   corporation; SHLOMO GABBAY, M.D.,
18 an individual; and DOES ONE through TEN,
19 inclusive,

20                Defendants.

21
         Pursuant to Civil L.R. 11-3, Paul J. Cosgrove, an active member in good standing of
22
   the bars of Ohio, New Jersey, and the Commonwealth of Pennsylvania, hereby applies for
23
   admission to practice in the Northern District of California on a pro hac vice basis
24
   representing Integra LifeSciences Corporation (also identified improperly in Plaintiffs'
25
   Complaint as "Integra Neurosciences, Inc.") in the above-entitled action.
26
         In support of this application, I certify on oath that:
27
   1.    I am an active member in good standing of the States of Ohio, New Jersey, and
28
         the Commonwealth of Pennsylvania.  I am also admitted to practice in the

-1-

United States District Court for the Southern District of Ohio, the United States District Court for the Northern District of Ohio, the United States District Court for the District of New Jersey, the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Thomas M. Frieder, Esq., Hassard Bonnington LLP, Two Embarcadero Center, Suite 1800, San Francisco, CA 94111-3941, Telephone: (415) 288-9800.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08-07-08

Paul J. Cosgrove, Esq.

-2-

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. CV08-3164-PJH

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611022266
Cashier ID: sprinka
Transaction Date: 08/08/2008
Payer Name: HASSARD BONNINGTON

---

PRO HAC VICE
For: HASSARD BONNINGTON
Case/Party: D-CAN-3-08-AT-PROHAC-001
Amount: $210.00

---

CHECK
Check/Money Order Num: 095355
Amt Tendered: $210.00

---

Total Due: $210.00
Total Tendered: $210.00
Change Amt: $0.00

08-3164PJH

Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

1 | ULMER & BERNE LLP
PAUL J. (P.J.) COSGROVE, ESQ.,
2 | Ohio State Bar No. 73160 *(pro hac vice)*
3 | 600 Vine Street, Suite 2800
Cincinnati, OH 45202-2409
4 | E-Mail: pcosgrove@ulmer.com

5 | Telephone: (513) 698-5000
Fax: (513) 698-5001
6 |
Attorney for Defendant
7 | INTEGRA NEUROSCIENCES, INC.

8 |
9 | UNITED STATES DISTRICT COURT
10 | IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
11 | SAN FRANCISCO DIVISION

12 |
13 | WILLIAM ESTHEIMER and KRISTEN ESTHEIMER,    Case No. CV08-3164-PJH

14 |
    Plaintiffs,
15 | vs.
                                                  (Proposed)
16 | INTEGRA NEUROSCIENCES, INC., a              ORDER GRANTING APPLICATION
    corporation; INTEGRA LIFESCIENCES,           FOR ADMISSION OF ATTORNEY
17 | INC., a corporation; SHELHIGH, INC., a      *PRO HAC VICE*
    corporation; SHLOMO GABBAY, M.D.,
18 | an individual; and DOES ONE through TEN,
19 | inclusive,
    Defendants.
20 |

21 |   Paul J. Cosgrove, an active member in good standing of the bar of Ohio New Jersey,

22 | and the Commonwealth of Pennsylvania, whose business address and telephone number is:

23 | Ulmer & Berne LLP, 600 Vine Street, Suite 2800, Cincinnati, OH, 45202, Telephone: (513)

24 | 698-5000.

25 |
26 |   Paul J. Cosgrove, having applied in the above-entitled action for admission to practice

27 | in the Northern District of California on a pro hac vice basis, representing Integra

28 |
-1-

1  LifeSciences Corporation (also identified improperly in Plaintiffs' Complaint as "Integra
2  Neurosciences, Inc.") in the above-entitled action.
3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro
5  hac vice. Service of papers upon and communication with co-counsel designated in the
6
7  application will constitute notice to the party. All future filings in this action are subject to the
8  requirements contained in General Order No. 45, Electronic Case Filing.
9
10 Dated: _____
11
12                                       _____
                                      United States Judge Honorable Phyllis J. Hamilton

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. CV08-3164-PJH