1  ULMER & BERNE LLP
   PAUL J. (P.J.) COSGROVE, ESQ.,
2  Ohio State Bar No. 73160 *(pro hac vice)*
3  600 Vine Street, Suite 2800
   Cincinnati, OH 45202-2409
4  E-Mail: pcosgrove@ulmer.com

5  Telephone: (513) 698-5000
   Fax: (513) 698-5001
6
   Attorney for Defendant
7  INTEGRA NEUROSCIENCES, INC.

8

9                UNITED STATES DISTRICT COURT
10         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                     SAN FRANCISCO DIVISION

12
   WILLIAM ESTHEIMER and KRISTEN            Case No. CV08-3164-PJH
13 ESTHEIMER,

14              Plaintiffs,

15 vs.
                                            (Proposed)
16 INTEGRA NEUROSCIENCES, INC., a           ORDER GRANTING APPLICATION
   corporation; INTEGRA LIFESCIENCES,       FOR ADMISSION OF ATTORNEY
17 INC., a corporation; SHELHIGH, INC., a   *PRO HAC VICE*
   corporation; SHLOMO GABBAY, M.D.,
18 an individual; and DOES ONE through TEN,
19 inclusive,
                Defendants.
20

21     Paul J. Cosgrove, an active member in good standing of the bar of Ohio New Jersey,

22 and the Commonwealth of Pennsylvania, whose business address and telephone number is:

23 Ulmer & Berne LLP, 600 Vine Street, Suite 2800, Cincinnati, OH, 45202, Telephone: (513)

24 698-5000.

25     Paul J. Cosgrove, having applied in the above-entitled action for admission to practice
26
   in the Northern District of California on a pro hac vice basis, representing Integra
27

28
                                          -1-

1  LifeSciences Corporation (also identified improperly in Plaintiffs' Complaint as "Integra
2  Neurosciences, Inc.") in the above-entitled action.
3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro
5  hac vice. Service of papers upon and communication with co-counsel designated in the
6  application will constitute notice to the party. All future filings in this action are subject to the
7  requirements contained in General Order No. 45, Electronic Case Filing.

Dated: 8/12/08

United States Judge Honorable Phyllis J. Hamilton



IT IS SO ORDERED
Judge Phyllis J. Hamilton

-2-

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. CV08-3164-PJH