1

2

3

4

5

6

7

8

9

10

11

HASSARD BONNINGTON LLP
Thomas M. Frieder, Esq.
California State Bar No. 95411
Two Embarcadero Center – Suite 1800
San Francisco, CA  94111-3941
Telephone:  (415) 288-9800
Facsimile:  (415) 288-9801
E-mail:  tmf@hassard.com

ULMER & BERNE LLP
Paul J. (P.J.) Cosgrove, Esq.
Ohio State Bar No. 73160 *(pro hac vice)*
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
Telephone:  (513) 698-5034
Facsimile:  (513) 698-5035
Email:  pcosgrove@ulmer.com

**Attorneys for Defendant**
**INTEGRA LIFESCIENCES CORPORATION**

12

13

14

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILLIAM ESTHEIMER and KRISTEN
ESTHEIMER,

        Plaintiffs,

vs.

INTEGRA NEUROSCIENCES, INC., a
corporation; INTEGRA LIFESCIENCES,
INC., a corporation; SHELHIGH, INC., a
corporation; SHLOMO GABBAY, M.D.,
an individual; and DOES ONE through
TEN,
inclusive,

        Defendants.

CASE NUMBER CV 08 3164 PJH

**STIPULATION FOR PRIVATE
MEDIATION**

      The  parties,  by  and  through  their  attorneys,  hereby  stipulate  and  agree  to

submit this case to Private Mediation *in lieu* of Court-referred mediation.  The parties

agree that Hon. Walter P. Capaccioli (Ret.) will serve as mediator.

1

2
Respectfully submitted,

3

4
/s/ Paul J. Cosgrove

5
Paul J. Cosgrove
ULMER & BERNE, LLP

6
600 Vine Street, Suite 2800
Cincinnati, OH 45202

7
Telephone:  (513) 698-5034
Facsimile:  (513) 698-5035

8
Thomas M. Frieder

9
HASSARD BONNINGTON LLP
Two Embarcadero Center – Suite 1800

10
San Francisco, CA  94111-3941
Telephone:  (415) 288-9800

11
Facsimile:  (415) 288-9801
**Attorneys for Defendant Integra LifeSciences**

12
**Corporation**

13

14
/s/ Nancy Hersh
Nancy Hersh

15
Amy Eskin
HERSH AND HERSH

16
601 Van Ness Avenue
Suite 2080 San Francisco, CA  94102-6396

17
Telephone:  415.441.5544
Facsimile:  415.441.7586

18
**Attorneys for Plaintiffs**

19

20
/s/ Rodrigo E. Salas
Rodrigo E. Salas

21
J. Cross Creason
DILLINGHAM & MURPHY, LLP

22
225 Bush Street, 6th Floor
San Francisco, CA  94104

23
Telephone:  415.397.2700
Facsimile: 415.397.3300

24
**Attorneys for Defendant Shelhigh, Inc.**

25

26
1/8/09

27

28

IT IS SO ORDERED

Judge Phyllis J. Hamilton

547131
32661.8

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

-2-