HERSH AND HERSH
Nancy Hersh, Esq.
California State Bar No. 49091
Amy Eskin, Esq.
California State Bar No. 127668
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
Telephone: (415) 441-5544
Facsimile: (415) 441-7586
E-mail:   nhersh@hershlaw.com
          aeskin@hershlaw.com

**Attorneys for Plaintiffs**
**WILLIAM ESTHEIMER and KRISTEN ESTHEIMER**

DILLINGHAM & MURPHY, LLP
Rodrigo E. Salas, Esq.
California State Bar No. 194462
225 Bush Street, 6th Floor
San Francisco, CA 94104
Telephone: (415) 397-2700
Facsimile: (415) 397-3300
E-mail:   res@dillinghammurphy.com

**Attorneys for Defendant**
**SHELHIGH, INC.**

UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **WILLIAM ESTHEIMER and KRISTEN ESTHEIMER,**<br><br>Plaintiffs,<br><br>vs.<br><br>**INTEGRA NEUROSCIENCES, INC., et al.,**<br><br>**Defendants.** | CASE NO. CV 08 3164 PJH<br><br>**STIPULATION TO EXTEND TIME TO COMPLETE PRIVATE MEDIATION** |

**WHEREAS,** pursuant to the Court's November 10, 2008 Pre Trial Order, the parties were referred to mediation to be completed by April 29, 2009;

**WHEREAS,** on November 20, 2008, the parties stipulated and agreed to submit this matter to Private Mediation *in lieu* of Court-referred mediation;

Page No. 1 - CASE NO. CV 08 3164 PJH
STIPULATION TO EXTEND TIME TO COMPLETE PRIVATE MEDIATION

**WHEREAS,** on January 8, 2009, the Court signed the parties' stipulation to submit this case to private mediation;

**WHEREAS,** on May 4, 2009, Plaintiffs filed a Stipulation of Voluntary Dismissal With Prejudice of Defendant Integra Lifesciences Corporation;

**WHEREAS,** the parties have engaged but not yet concluded discovery in this matter; and

**WHERAS,** Plaintiffs and Shelhigh need and desire additional time to complete their discovery;

The parties, by and through their attorneys, hereby stipulate and agree to submit this case to Private Mediation by June 30, 2009.

**IT IS SO STIPULATED.**

Dated: May 4, 2009                HERSH & HERSH

By: /s/ _____
Nancy Hersh

Attorneys for Plaintiffs

Dated: May 4, 2009                DILLINGHAM & MURPHY, LLP

By: [signature]
Rodrigo E. Salas

Attorneys for Shelhigh, Inc.

///

///

///

Page No. 2 - CASE NO. CV 08 3164 PJH
STIPULATION TO EXTEND TIME TO COMPLETE PRIVATE MEDIATION

**SIGNATURE ATTESTATION**

I, Rodrigo E. Salas, counsel of record for Shelhigh, Inc., hereby attest that I have obtained written permission from each counsel of record herein to submit the instant Stipulation using the "conformed" signatures (/s/) within this e-filed document.

Dated: May 4, 2009                              DILLINGHAM & MURPHY, LLP

By: /s/ Rodrigo E. Salas
Rodrigo E. Salas

Pursuant to the above stipulation of the parties, and good cause appearing therefore,

**IT IS SO ORDERED.**

Dated: _____May 6_____, 2009           _____
                                                          Judge Phyllis J. Hamilton

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*