NANCY HERSH, ESQ., State Bar No. 49091
AMY ESKIN, ESQ., State Bar No. 127668
HERSH & HERSH, A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
(415) 441-5544

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM ESTHEIMER and KRISTEN ESTHEIMER,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEGRA NEUROSCIENCES, INC., et al.,<br><br>Defendants. | CASE NUMBER CV 08-03164 PJH<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS SHELHIGH, INC. AND SHLOMO GABBAY, M.D.** |

Pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, the parties, through their counsel, hereby agree and stipulate to the voluntary dismissal with prejudice of all claims against Shelhigh, Inc., and Shlomo Gabbay, M.D.

DATED:   August 4, 2009         HERSH & HERSH
                                A Professional Corporation

                                By____/S/_____
                                    NANCY HERSH
                                    Attorneys for Plaintiffs

DATED: August 4, 2009         DILLINGHAM & MURPHY LLP

By     /S/
RODRIGO E. SALAS
Attorneys for Defendants
SHELHIGH, INC. and
SHLOMO GABBAY, M.D.

## ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

The Clerk shall terminate the above named defendants Shelhigh, Inc., and Shlomo Gabbay, M.D., from the Docket.

DATED: 8/18/09



United States District Judge Phyllis J. Hamilton

IT IS SO ORDERED
Judge Phyllis J. Hamilton

## PROOF OF SERVICE

I, Monica B. Peña, declare:

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action or proceeding; my business address is 601 Van Ness Avenue, Suite 2080, San Francisco, California 94102-6388.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 4, 2009, I a true copy of the following documents:

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS SHELHIGH, INC. AND SHLOMO GABBAY, M.D., AND DECLARATION OF NANCY HERSH ATTESTING TO SIGNATURES ON PLAINTIFFS' STIPULATION OF VOLUNTARY DISMISSAL, ETC.**

Rodrigo E. Salas
J. Cross Creason
DILLINGHAM & MURPHY, LLP
225 Bush Street, 6th Floor
San Francisco, CA 94104-4207
E-mail: res@dillinghammurphy.com and
jcc@dillinghammurphy.com
Attorneys for Δ Shelhigh, Inc.

__X__ **(BY MAIL)** By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in accordance with the above business practice, as addressed above.

____ **(BY HAND DELIVERY)** By arranging hand-delivery of a copy of the same to the person(s) identified above.

____ **(BY OVERNIGHT DELIVERY)** By placing a true and correct copy of the document(s) listed above enclosed in a sealed envelope(s), and having said envelope be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) identified above.

____ **(BY FACSIMILE)** By transmitting a facsimile copy of the same, to the number listed above.

____ **(BY ELECTRONIC MAIL)** By transmitting an electronic copy of the same to the e-mail address(es) indicated above.

__X__ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of

- 3 -

1  this Court at whose direction the service was made.

2  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

3  Executed on August 4, 2009, at San Francisco, California.

/S/
_____
Monica B. Peña